# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Mack Industries, Ltd.,** *et al.,* | Bankruptcy No. 17-09308 (Jointly Administered) |
| Debtors. | |
| | Honorable Carol A. Doyle |
| **Ronald R. Peterson, trustee,** *et al.,* | |
| Plaintiff(s), | |
| v. | Case No: 19-ap-00156, *et al.*[2] |
| **Sherwin-Williams Co.,** *et al.,*[1] | |
| Defendant(s). | |

## ORDER GRANTING MOTION TO DISMISS

This matter having been presented to the Court for hearing on the motions to dismiss filed by the Defendants identified on **Exhibit 1**; IT IS HEREBY ORDERED that:

1.  The motion to dismiss each complaint identified on **Exhibit 1** is granted.

2.  Leave is granted to file an amended complaint in each adversary case identified on **Exhibit 1** on or before January 24, 2020.

3.  Status in each adversary case identified on **Exhibit 1** is continued to February 19, 2020, at 10:45 a.m.

4.  A copy of this Order shall be entered in each adversary case identified on **Exhibit 1**.

---

[1] See Exhibit 1 for complete list of Defendants.
[2] See Exhibit 1 for complete list of Case Numbers.

Date: 11/25/19               ENTER:

                                                                _Carol A. Doyle_
                                                United States Bankruptcy Judge

Prepared by:
Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:     (312) 878-4830
Fax:    (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

## Exhibit 1

| Case No. | Defendant(s) |
|---|---|
| 19-ap-00156 | Sherwin-Williams Co. |
| 19-ap-00178 | Hussein Ali and Shivali Ali |
| 19-ap-00201 | Tony Castellucci |
| 19-ap-00219 | Debra Romelia Ramirez |
| 19-ap-00242 | Ronan Donnelly and Bettystown, LLC |
| 19-ap-00259 | Hai Wei and Yaquin Wang |
| 19-ap-00291 | Jon Burmeister |
| 19-ap-00309 | Michelle Liddi and Troy Liddi |
| 19-ap-00310 | Jose Flores |
| 19-ap-00315 | MB Financial Bank, N.A. |
| 19-ap-00336 | Kevin Scanlan |
| 19-ap-00337 | Neil Stevens and South Side Properties, LLC |
| 19-ap-00387 | Michal Glinianski |
| 19-ap-00390 | Sergey Bitelman |
| 19-ap-00397 | Fabrizio Corrado and FRC IL 1, LLC |
| 19-ap-00420 | New Direction Trust Company FBO Jeffery Morris, Jeffery Morris, Trustee, Jeffrey Morris and GBGBIL, LLC |
| 19-ap-00433 | Jan McLean, Gordon McLean and Gorjan 2, LLC |
| 19-ap-00437 | American Builders & Contractors Supply Co. Inc. d/b/a ABC Supply Co. Inc. |
| 19-ap-00448 | Hinsdale Bank & Trust Co., successor to Suburban Bank & Trust |
| 19-ap-00493 | Novotny & Son Seal Coating & Striping Inc. |
| 19-ap-00495 | Old Plank Trail Community Bank, N.A. f/k/a First National Bank of Illinois |
| 19-ap-00496 | Old Second National Bank |
| 19-ap-00574 | BlueTarp Financial Inc. |
| 19-ap-00578 | Advanced Home Remodeling Inc. |